IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| THOMAS GHELF, TRICIA HANSEN, CONSTANCE KLEIN, THOMAS KLEIN, MAUREEN SOMMERFELD, and MISSISSIPPI SPORTS AND RECREATION, INC., | Case No. 22-cv-530-wmc |
| Plaintiffs, | |
| v. | |
| TOWN OF WHEATLAND, JAYNE BALLWAHN, ROBERT STREETER, DON WILLIAMS, VERNON COUNTY, KAREN DeLAP, and DOE DEFENDANTS 1-20, | |
| Defendants. | |

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendants and against plaintiffs dismissing this case.

/s/ Deputy Clerk  11/08/2023

Joel Turner, Clerk of Court   Date